

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Damon Wood, Relator

Appellate case number:    01-17-00372-CR

Date Motion Filed:       July 25, 2017

Party Filing Motion:      Relator, Damon Wood


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Sherry Radack
               ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.

Date: September 19, 2017